UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Alonso MARQUEZ-ARREOLA,

Defendant.

Case No.:  26-cr-0281-AGS-1

**ORDER GRANTING IN PART AND DENYING IN PART DEFENSE'S MOTION TO SEAL EXHIBIT A**

The defense moves to seal a sentencing-related criminal history query, marked "Exhibit A," because it "contains extensive personal identifying information." That motion is **GRANTED in part** and **DENIED in part**. This Court finds compelling reasons to *redact* such details, as "public disclosure of this information could be used for improper purposes." *See Reflex Media, Inc. v. Doe No. 1*, No. 2:18-cv-02423-RFB-BNW, 2022 WL 2985938, at *2 (D. Nev. July 28, 2022). But the defense has provided no basis for sealing the rest of the exhibit, and none is apparent from the record.

So, by **Monday, March 30, 2026**, the defense must file a public version of Exhibit A that redacts only birthdates, FBI numbers, and state ID numbers. The Clerk will **SEAL** both the defense's sealing motion and the unredacted version of Exhibit A that was attached to that motion.

Dated:  March 26, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1

26-cr-0281-AGS-1